



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00747-CV

Rufus **ODEM**,
Appellant

v.

**DELOITTE & TOUCHE, LLP**, John Morgan, & Kathie Schwerdtfeger,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-15162
Honorable David A. Berchelmann Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: September 1, 2010

MOTION TO DISMISS GRANTED; APPEAL DISMISSED IN PART

Appellant Rufus Odem filed a motion to dismiss this appeal as to appellee John Morgan. We

grant the motion and hold that the appeal as to appellee John Morgan is dismissed. *See* TEX. R. APP.

P. 42.1(a)(1). The appeal remains pending as to appellees Deloitte & Touche, LLP, and Kathie

Schwerdtfeger. Any costs incurred by appellee John Morgan are assessed against appellant. *See*

TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM